```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02597
   JULIUS J GAMBINO
   TRACIE A GAMBINO                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-4059    SSN XXX-XX-1478
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/16/06 and confirmed on 06/14/06.

2. The case was dismissed after confirmation, 11/30/2007.

3. The Debtor paid a total of $ 9075.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK USA | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK USA | MORTGAGE ARRE | 895.26 | .00 | 895.26 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 2656.00 | .00 | 201.43 |
| CITIFINANCIAL AUTO | SECURED | 6204.00 | 622.79 | 1548.33 |
| ILLIANA FINANCIAL CREDIT | SECURED | 7835.00 | 785.45 | 1956.95 |
| PRIME ACCEPTANCE CORP | SECURED | 1000.00 | 186.73 | 312.04 |
| CAPITAL ONE BANK | UNSECURED | 1331.26 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 443.27 | .00 | .00 |
| FIRST EXPRESS | FILED LATE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 4788.95 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1008.27 | .00 | .00 |
| LEESA SASIC MITSOS DDS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| NELNET LOAN SRVS INC | UNSECURED | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 273.87 | .00 | .00 |
| PRIME ACCEPTANCE CORP | UNSECURED | 6813.76 | .00 | .00 |
| ILLIANA FINANCIAL CREDIT | UNSECURED | 849.59 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18590.26 | .00 | 15508.97 | .00 | 34099.23 |
| PRINCIPAL PAID | 4914.01 | .00 | .00 | .00 | 4914.01 |
| INTEREST PAID | 1594.97 | .00 | .00 | .00 | 1594.97 |
| TOTAL PAID | 6508.98 | .00 | .00 | .00 | 6508.98 |

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $   3000.00 and was paid $    800.00  direct and $   2200.00  through the plan.

The Trustee received $    366.02 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE